UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIM GOODE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOVER PARK SCHOOL DISTRICT; and PAUL TYTLER, Principal of Clover Park High School in his individual capacity; and DORIS McEWEN WALKER, Superintendent of Clover Park School District in her individual capacity,<br><br>　　　　　Defendants. | Cause No. 05-5572 KLS<br><br>ORDER ON DEFENDANTS' MOTIONS IN LIMINE |

This matter comes before the court on the defendants Motions in Limine. The Court **ORDERS** as follows:

Motion No. 1: Exclude any reference to widespread disciplinary or student-safety problems that have allegedly occurred in Clover Park High School. DENIED.

Motion No. 2: Exclude any reference to defendant Paul Tytler being one of several defendants in a discrimination lawsuit brought against another school district in the early 1990s. GRANTED.

Motion No. 3. Exclude any reference to medical expenses allegedly incurred by Plaintiff because Plaintiff has not identified any medical provider witnesses or medical experts. GRANTED.

Motion No. 4. Exclude any reference to Plaintiff claiming special damages for sick leave/personal

leave days he used because Plaintiff was not eligible to cash out these leave days.   GRANTED

    Motion No. 5.  Exclude all witnesses Plaintiff has failed to identify in a timely fashion.

| | |
|---|---|
| Ropati Pitoitua. | GRANTED |
| Jose Vasquez, Psy.D. | GRANTED |
| Todd Clemens, M.D. | GRANTED |
| Wilma Killian. | GRANTED |
| Mack Litton | GRANTED |
| Art Tel | DENIED |

DATED this 26th day of January, 2007.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge