THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIM GOODE,<br><br>        Plaintiff,<br><br>vs.<br><br>CLOVER PARK SCHOOL DISTRICT; and PAUL TYTLER, principal of Clover Park High School, in his individual capacity; and DORIS McEWEN WALKER, superintendent of Clover Park School District, in her individual capacity,<br><br>        Defendants. | No.: C05-5572 KLS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, JIM GOODE, acting by and through his attorneys of record, Andrew P. Green, MANN, JOHNSON, WOOSTER & McLAUGHLIN and the Defendants CLOVER PARK SCHOOL DISTRICT, PAUL TYTLER, and DORIS McEWEN HARRIS (fka Doris McEwen Walker), acting by and through their attorneys of record, William A. Coats, VANDEBERG JOHNSON & GANDARA, that the above-entitled action now pending in the above-referenced court may be dismissed with

STIPULATION AND ORDER OF DISMISSAL

Page 1

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

prejudice, and without costs to either party, for the reason that the said action has been fully compromised.

DATED this ____ day of March, 2007.

| MANN, JOHNSON, WOOSTER & MCLAUGHLIN, P.S. | VANDEBERG JOHNSON & GANDARA |
|---|---|
| /s/Richard H. Wooster<br>Richard H. Wooster, WSBA#13752<br>Attorneys for Plaintiff | /s/William A. Coats<br>William A. Coats, WSBA #4608<br>Attorneys for Defendants |

 /s/Andrew P. Green
Andrew P. Green, WSBA #32742
Attorneys for Plaintiff

## II.  ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation and finding that good cause exists, now, therefore,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

DONE this 14th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

**STIPULATION AND ORDER OF DISMISSAL**

Page 2

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile